

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-82,264-03 and WR-82,264-04

### EX PARTE MIGUEL ANGEL NAVARRO, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. 08-DCR-050238-HC2 AND 10-DCR-050236A-HC2 IN THE 240TH DISTRICT COURT FROM FORT BEND COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and aggravated assault. The convictions were affirmed on direct appeal. *Navarro v. State*, Nos. 01-11-00139-CR; 01-11-00140-CR (Tex. App.—Houston [1st Dist.] Apr. 17, 2013) (not designated for publication).

Applicant contends that *Moon v. State*, 451 S.W.3d 28 (Tex. Crim. App. 2014), which concerned a juvenile transfer order, shows that the transfer of his case from juvenile to district court was improper. The trial court recommends granting relief on the claim, and the State opposes.

Applicant also argues that there is new scientific evidence applicable to his case that shows the State's expert witness gave false testimony. The State disagrees, and trial court recommends denying this claim.

We order that these applications be filed and set for submission. The parties shall brief whether Applicant may rely on this Court's opinion in *Moon*, which was delivered after Applicant's conviction became final, and if so, whether Applicant is entitled to habeas relief based on *Moon*. *See Ex Parte De Los Reyes*, 392 S.W.3d 675 (Tex. Crim. App. 2013). Applicant's remaining claims are denied.

It appears that Applicant is represented by counsel. If that is not correct, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and desires to be represented by counsel, the trial court shall appoint an attorney to represent Applicant. TEX. CODE CRIM. PROC. art 26.04. The trial court shall send to this Court, within 60 days of the date of this order, a supplemental transcript containing: a confirmation that Applicant is represented by counsel; the order appointing counsel; or a statement that Applicant is not indigent. All briefs shall be filed with this Court on or before 90 days from the date of this order.

Filed: January 25, 2017
Do not publish